UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLAUDIA LIZZETTE LANDEVERDE-FLORES, AKA Claudia L. Landaverde-Flores,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 08-74313<br><br>Agency No. A095-718-912<br><br>ORDER |

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

The memorandum disposition filed on July 15, 2010, is withdrawn. A replacement memorandum disposition will be filed concurrently with this order.